NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

In the Interest of X.R., a child.

M.K.,

       Appellant,

v.

       Case No. 2D18-465

DEPARTMENT OF CHILDREN and
FAMILIES and GUARDIAN AD LITEM
PROGRAM,

       Appellees.

Opinion filed September 12, 2018.

Appeal from the Circuit Court for
Lee County; Amy R. Hawthorne, Judge.

Kathryn E. Pugh of Kathryn Pugh Law,
Fort Myers, for Appellant.

Rocco Carbone, III of Law Office
of Rocco J. Carbone, St. Augustine; and
Thomasina Moore, Statewide Director of
Appeals, Tallahassee, and
Laura J. Lee, Sanford, for Appellee
Guardian Ad Litem Program.

Meredith K. Hall of Children's
Legal Services, Bradenton, for Appellee
Department of Children and Families.


PER CURIAM.

       Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.